## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Helayne Seidman,

             Plaintiff,

v.

Tomato Joe's Pizza, Inc.,

             Defendant.

Case No: 8:25-cv-13-MSS-AAS

### **DEFAULT JUDGMENT**

THIS CAUSE having come before the Court on the motion of the plaintiff, Helayne Seidman, for entry of a Default Judgment against the defendant, Tomato Joe's Pizza, Inc., filed May 1, 2025, and the Court having reviewed the Motion, the record, and being otherwise duly advised in the premises, it is hereby **ORDERED ADJUGED AND DECREED** as follows**:**

1. Plaintiff's Motion for entry of default judgment is **GRANTED**.

2. The Court **FINDS** that Plaintiff Helayne Seidman is entitled to default judgment for copyright infringement liability against Defendant Tomato Joe's Pizza, Inc.

3. The Court **FINDS** that Defendant Tomato Joe's Pizza, Inc. is obligated to pay a statutory damage award in the amount of **$3,750.00** pursuant to 17 U.S.C. § 504(c).

4. The Clerk of Court is **DIRECTED** to enter the following permanent injunction against Defendant Tomato Joe's Pizza, Inc. as it relates to Plaintiff's copyright infringement claim:

> Tomato Joe's Pizza, Inc. as well as their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, are enjoined, for a period of the term limited to the relevant copyright, from storing, displaying or infringing in any other manner on the relevant intellectual property of Plaintiff as identified in the Complaint (Dkt. 1).

5. The Court **FINDS** that Plaintiff Helayne Seidman shall be awarded attorney's fees in the amount of **$2,700.00** and taxable costs in the amount of **$482.25** pursuant to 17 U.S.C. § 505.

6. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Tampa, Florida this 15th day of October 2025.

Copies provided to:

Counsel of Record

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE